IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AYLETTE ROPER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00729-SWW |
| | * | |
| | * | |
| PORTFOLIO RECOVERY | * | |
| ASSOCIATES, LLC, and LORI | * | |
| WITHROW, individually and d/b/a | * | |
| ALLEN & WITHROW, ATTORNEYS | * | |
| AT LAW, and d/b/a LAW OFFICES | * | |
| OF ALLEN & WITHROW, | * | |
| | * | |
| Defendants. | * | |

ORDER

The unopposed motion [doc.#34] of plaintiff Aylette Roper to dismiss this action with prejudice is hereby granted.[1]

IT IS SO ORDERED this 11th day of March 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] At the request of the parties, the Court will retain jurisdiction only to resolve any issues with the settlement until March 30, 2016.